NUMBER 13-07-349-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 


IN RE SIMON PROPERTY GROUP (TEXAS), L.P. AND


SIMON PROPERTY GROUP (DELAWARE), INC.



____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela


Per Curiam Memorandum Opinion (1)



 Relators, Simon Property Group (Texas), L.P., and Simon Property Group
(Delaware), Inc., filed a petition for writ of mandamus in the above cause on June 1,
2007.

 The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8(a). 


 PER CURIAM


Justice Vela, dissenting without separate opinion, would request a response. See Tex.
R. App. P. 52.8(b)(1).


Memorandum Opinion delivered and

filed this 13th day of June, 2007.

 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).